**HEATLEY v. CRAIN.**

No. 23739. Opinion Filed Feb. 21, 1933.

Percy Powers, for plaintiff in error.

W. B. Garrett, for defendant in error.

PER CURIAM. Under the authority of the rule expressed in Cartwell v. Patterson, 71 Okla. 1, 174 P. 754, and many other cases, this cause is dismissed.